**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000504
08-APR-2026
08:16 AM
Dkt. 39 OAWST**

NO. CAAP-25-0000504

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WESTRIDGE LENDING REIT, LLC, Plaintiff-Appellant,
v.
ABRACADABRA LLC; MICHAEL S. BASKIN; and PAIA MANAGEMENT INC.,
Defendants-Appellants,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and
DOE GOVERNMENTAL UNITS 1-50, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CCV-24-0001056)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Nakasone, Chief Judge, Wadsworth and Guidry, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal (**Stipulation**), filed February 4, 2026, by Defendants-
Appellants Abracadabra LLC, Michael S. Baskin and Paia
Management Inc., the papers in support, and the record, it
appears that (1) the appeal has been docketed; (2) under Hawaiʻi
Rules of Appellate Procedure Rule 42(b), the parties stipulate
to dismiss the appeal with prejudice and bear their own fees and

costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, April 8, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge